UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BARTOLO ROMERO,

                Plaintiff,

-against-

LINDA S. MCMAHON, Commissioner
of Social Security,

                Defendant.
----------------------------------------------------------------X

JUDGMENT
06-CV-3072 (ENV)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.

★ MAY 4 2007 ★

P.M. _____
TIME A.M. _____

     A Memorandum and Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on May 1, 2007, denying the Commissioner's motion for judgment on the pleadings; and granting plaintiff's cross-motion to the extent that the case is remanded to the Commissioner for further proceedings not inconsistent with the Court's Memorandum and Order dated April 30, 2007; it is

     ORDERED and ADJUDGED that the Commissioner's motion for judgment on the pleadings is denied; and that plaintiff's cross-motion is granted to the extent that the case is remanded to the Commissioner for further proceeding not inconsistent with the Court's Memorandum and Order dated April 30, 2007.

Dated: Brooklyn, New York
        May 03, 2007

s/ RCH
ROBERT C. HEINEMANN
Clerk of Court